# Court of Appeals
# of the State of Georgia

ATLANTA,  May 27, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1785. DEWYAN RENARD FITZGERALD v. THE STATE.

On November 10, 2025, Dewyan Renard Fitzgerald pleaded guilty to no proof of insurance and driving while his license was suspended. Fitzgerald filed various pro se motions challenging, among other things, his plea and seeking the dismissal of the case. The trial court denied his motions. Fitzgerald filed this direct appeal therefrom.[1] We lack jurisdiction.

Our General Assembly recently amended OCGA § 5-6-35 so that any direct appeal from a guilty plea entered on or after May 14, 2025, must "be initiated by filing an application for discretionary review." *Clark v. State*, 378 Ga. App. 111, 111 n.1 (924 SE2d 346) (2025); OCGA § 5-6-35(a)(5.3). "Compliance with the discretionary appeals procedure is jurisdictional." *Phaneuf v. Anthony*, 375 Ga. App. 636, 638 (917 SE2d 191) (2025) (citation and punctuation omitted). In substance, all of Fitzgerald's motions sought to challenge guilty plea. See *Young v. State*, 376 Ga. App. 597, 600(2) (920 SE2d 541) (2025). Consequently, Fitzgerald's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this appeal, which is

---

[1] At the motions hearing, Fitzgerald argued that he was a "sovereign citizen," but we have repeatedly rejected claims that the trial court lacked jurisdiction over a party because he is a sovereign citizen. See *Morman v. State*, 356 Ga. App. 685, 686 n. 2 (848 SE2d 165) (2020) ("The so-called 'sovereign citizen defense' is one in which an individual claims that he or she is not subject to the jurisdiction of courts and government agencies, alleging that the government is illegitimate, and it is a defense that has no conceivable validity in American law.") (citation and punctuation omitted)

hereby DISMISSED. See *Hester v. State*, 378 Ga. App. 121, 121 (924 SE2d 457) (2025).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/27/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*